| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jessica L Bagdanov<br>BG LAW LLP<br>21650 Oxnard Street<br>Suite 500<br>Woodland Hills, CA 91367<br><br>818–827–9000<br><br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY**

| In re:<br><br>Hormoz Ramy<br><br><br><br>Debtor(s). | CASE NO.: 1:20–bk–10276–VK<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 1:22–ap–01009–VK |
|---|---|
| David Seror, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Ramy & Associates, LLC, a California limited liability company<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **03/07/2022.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**              **April 6, 2022**
    **Time:**             **01:30 PM**
    **Hearing Judge:**   **Victoria S. Kaufman**
    **Location:**       **21041 Burbank Blvd, Crtrm 301, Woodland Hills, CA 91367**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                     Page 1           **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>February 4, 2022</u>

By: <u>  "s/" Julie Cetulio  </u>

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 7004–1.SUMMONS.ADV.PROC**

Case 1:22-ap-01009-WK    Doc 231    Filed 02/04/22    Entered 02/04/22 17:10:32    Desc
Main Document    Page 2 of 5

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| David Seror, Chapter 7 Trustee | Ramy & Associates, LLC, a California limited liability company<br>Hormoz Ramy<br>Massoud Rami<br>Darryl Snyder, an individual and the Trustee of the Edward Faye & Lillie Faye Carracia Trust, et al.<br>Edward Carracia, an individual and the Trustee of the Edward Faye & Lillie Faye Carracia Trust, et al.<br>Alejandro Ramy<br>Millad Ramy |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents entitled:
**1. SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING [LBR 7004-1];
2. COMPLAINT FOR: (1) DECLARATORY RELIEF; (2) TURNOVER OF ESTATE ASSETS UNDER 11 U.S.C. § 542; (3) AN ACCOUNTING; (4) CONVERSION; (5) QUIET TITLE; (6) SALE OF REAL PROPERTY IN WHICH NON-DEBTOR HAS AN INTEREST UNDER 11 U.S.C. § 363(H); AND (7) PRELIMINARY INJUNCTION;
3. JUDGE VICTORIA S. KAUFMAN'S STATUS CONFERENCE INSTRUCTIONS; AND
4. NOTICE RE COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*JUDGE'S COPY UNDER 25 PAGES IS SUSPENDED (GENERAL ORDER 21-05).**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**     jbagdanov@bg.law, ecf@bg.law
- **David Seror (TR)**     aquijano@bg.law, C133@ecfcbis.com;mgalvan@bg.law
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **February 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10, 2022 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                                      F 7004-1.SUMMONS.ADV.PROC

**SERVED BY UNITED STATES MAIL**:

Defendant
Ramy & Associates, LLC
c/o Massoud Rami, Registered Agent
for Service of Process
4793 Del Moreno Place
Woodland Hills, CA 91364

Defendant
Hormoz Ramy
4470 Winnetka Ave
Woodland Hills, CA 91364

Defendant
Massoud Rami
4793 Del Moreno Drive
Woodland Hills, CA 91364

Defendants
Darryl Snyder, an individual and the
Trustee of the Edward Faye & Lillie
Fave Carracia Trust, et al.
8500 Desert Night St.
Las Vegas, NV 89143

Defendants
Edward Carracia, an individual and
the Trustee of Edward Faye & Lillie
Faye Carracia Trust, et al.
15576 W. Dale Lane
Surprise, AZ 85387

Defendant
Alejandro Ramy
4470 Winnetka Ave
Woodland Hills, CA 91364

Defendant
Millad Ramy
4470 Winnetka Ave
Woodland Hills, CA 91364

___

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                                                **F 7004-1.SUMMONS.ADV.PROC**